# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 2, 2007

Charles R. Fulbruge III
Clerk

No. 06-41188

Daniel Ray Unger; Joshua Paul Unger

                              Plaintiffs - Appellants

v.

Greg L. Compton; City of Jacksonville, Texas; State of Texas; Margarita
Meza; Pete Menefee; Steven Guy

                              Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Texas
Case No. 6:05-CV-00186

Before JONES, Chief Judge, and STEWART and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Daniel and Joshua Unger appeal the dismissal of their lawsuit on summary judgment. To the extent their arguments—many of which are legally meaningless—are decipherable, the issues were properly disposed of by the magistrate judge's opinion, and the findings and conclusions therein were correctly adopted by the district court. We find here no reversible error of fact or law in the judgment.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.